UNITED STATES DISTRICT COURT
Western District of Washington

JUDGMENT IN A CIVIL CASE

KATURIA S. SMITH, ANGELA ROCK
and MICHAEL PYLE

v.

CASE NUMBER: C97-335Z

THE UNIVERSITY OF WASHINGTON
LAW SCHOOL, WALLACE D. LOH,
ROLAND HJORTH, SANDRA MADRID,
and RICHARD KUMMERT

JUN 19 2002

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

Pursuant to the findings of fact and conclusions of law, docket no. 331, the Court concludes that the University of Washington Law School's admission program for the years of 1994, 1995, and 1996 were narrowly tailored to achieve the compelling state interest of educational diversity and does not violate federal law.

Judgment is hereby entered in favor of all defendants on all claims.

BRUCE RIFKIN, Clerk

**June 18, 2002**
Date

By _Casey Condon_
Casey Condon
Deputy Clerk